# Third District Court of Appeal

## State of Florida

Opinion filed January 14, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1504
Lower Tribunal No. 23-17722-CA-01
_____

**Citizens Property Insurance Corporation,**
Appellant,

vs.

**Barbaro Gordech,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Paul R. Pearcy, P.A., and Maureen G. Pearcy, for appellant.

George David P.A., and Christian Carrazana, for appellee.

Before SCALES, C.J., and MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.